An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

COLLETTE J. SHERBINO,
Appellant,
vs.
ROBIN DIETZ,
Respondent.

No. 66018

**FILED**

SEP 1 6 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

### ORDER DISMISSING APPEAL

This is a proper person appeal from a district court order enforcing a prior order for reunification with the minor child. Eighth Judicial District Court, Clark County; Kenneth E. Pollock, Judge.

Our review of this appeal reveals a jurisdictional defect. This court has jurisdiction to consider an appeal only when the appeal is authorized by statute or court rule. *See Taylor Constr. Co. v. Hilton Hotels Corp.*, 100 Nev. 207, 209, 678 P.2d 1152, 1153 (1984). Appellant is appealing from a district court order that enforces a prior order directing reunification between respondent and the parties' minor child. No statute or court rule authorizes an appeal from an order enforcing a prior order for reunification. *See* NRAP 3A(b) (listing orders and judgments from which an appeal may be taken); *see also Gumm v. Mainor*, 118 Nev. 912, 920, 59 P.3d 1220, 1225 (2002) (providing that an appealable special order after final judgment must affect the rights of some party to the action growing out of the judgment). Accordingly, as we lack jurisdiction, we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Douglas

_____, J.
Cherry

SUPREME COURT
OF
NEVADA

(O) 1947A

14-30637

cc: Hon. Kenneth E. Pollock, District Judge
Collette J. Sherbino
Robin Dietz
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A